■ In the Matter of COURTLAND SWIFT, Petitioner, v. WESTCHESTER COUNTY PARK COMMISSION, Respondent.— Proceeding under article 78 of the Civil Practice Act, to review and annul a determination of the respondent, Westchester County Park Commission, made after a hearing, which adjudged petitioner guilty on three separate charges or specifications of delinquency and dereliction in the performance of his official duties, and which demoted him from his office of sergeant in the Westchester County Parkway Police Force, to the office of patrolman. The proceeding has been transferred to this court for disposition, pursuant to section 1296 of the Civil Practice Act, by order of the Supreme Court, Westchester County, dated November 3, 1961. Determination annulled on the law, without costs, and proceeding remitted to the respondent for a statement of specific findings of fact in support of any determination which may be made. The present record fails to set forth any findings of fact to support the determination made. In the absence of such findings an adequate judicial review may not be had (*Matter of Barry* v. *O'Connell*, 303 N. Y. 46; *Matter of New York Water Serv. Corp.* v. *Water Power & Control Comm.*, 283 N. Y. 23; *Matter of Athenas* v. *Macduff*, 283 App. Div. 955; *Matter of Scudder* v. *O'Connell*, 272 App. Div. 251). Beldock, P. J., Ughetta, Christ and Rabin, JJ., concur; Brennan, J., not voting.

■ In the Matter of the Estate of MARIA ZEIGLER, Deceased. ARCHIBALD R. MACKENNAN, as Executor of MARIA ZEIGLER, Deceased, Appellant; FIDELITY & DEPOSIT COMPANY OF MARYLAND, Respondent.— In a proceeding to judicially settle the final account of a deceased temporary administrator of the estate of Maria Zeigler, deceased, the executor of such estate appeals from an order of the Surrogate's Court, Dutchess County, dated January 22, 1962, which denied his motion, made pursuant to rule 113 of the Rules of Civil Practice, for summary judgment with respect to the objections to said account filed by the surety for said temporary administrator. Order affirmed, without costs. No opinion. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur. [32 Misc 2d 616.]

■ FRANK R. KLEESS, Respondent, v. DAVID PERLOW, Appellant.— In a negligence action to recover damages for injuries to person and property sustained by plaintiff when his automobile struck the rear of defendant's automobile while it was parked in the right lane of the southbound side of Cross Island Parkway in Queens County, the defendant appeals from a judgment of the Supreme Court, Queens County, entered June 23, 1961 upon the jury's verdict after trial, in favor of plaintiff. Judgment affirmed, with costs. No opinion. Beldock, P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.